UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **PTG NEVADA, LLC,** | Case No.: 3:15-cv-02228-BR |
| Plaintiff, | |
| v. | ORDER |
| **DOE-67.171.138.240, et al,** | |
| Defendant. | |

This matter before the court on plaintiff's Motion to Compel (Dkt. 23), the court finds and ORDERS:

(1) Third party Anthony Alder is hereby ordered to respond to plaintiff's FRCP 45 subpoena for a deposition to ascertain the identity of the individual responsible for utilizing the Internet service associated with Internet Protocol ("IP") address 67.171.138.240 to infringe plaintiff's motion picture;

(2) The deposition shall last no more than two (2) hours and plaintiff shall take reasonable efforts to accommodate Mr. Alder in time and location;

(3) Service of the FRCP 45 subpoena may be effected by US Mail with delivery confirmation and shall include a copy of this Order and Standing Order 2016-7 regarding the availability of pro bono counsel.

Dated: June 21, 2016

_____
United States District Judge
Anna J. Brown

ORDER                                                                                   Page 1 of 1